B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ecological Paper Recycling, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Ecological Waste Systems** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-0607144** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2350 NW 149 Street**<br>**Opa Locka, FL**<br>ZIP Code **33054** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ecological Paper Recycling, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Ecological Paper Recycling, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Jacqueline Calderin, Esq.**
Signature of Attorney for Debtor(s)

**Jacqueline Calderin, Esq. 134414**
Printed Name of Attorney for Debtor(s)

**Ehrenstein Charbonneau Calderin**
Firm Name

**501 Brickell Key Dr**
**Suite 300**
**Miami, FL 33131**

Address

**305-722-2002  Fax: 305-722-2001**
Telephone Number

**February  4, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jose Flores**
Signature of Authorized Individual

**Jose Flores**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**February  4, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Ecological Paper Recycling, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Ameri-Temps**<br>15301 Northwest 7th Avenue<br>Miami, FL 33169 | **Ameri-Temps**<br>15301 Northwest 7th Avenue<br>Miami, FL 33169 | **Trade Debt.** | | 394,138.28 |
| **Atlas Sn Inc**<br>1901 Pratt Boulevard<br>Elk Grove Village, IL 60007 | **Atlas Sn Inc**<br>1901 Pratt Boulevard<br>Elk Grove Village, IL 60007 | **Trade Debt.** | | 64,000.00 |
| **Bank of America Credit Card**<br>PO Box 851001<br>Dallas, TX 72585 | **Bank of America Credit Card**<br>PO Box 851001<br>Dallas, TX 72585 | **Trade Debt.** | | 18,078.84 |
| **Bellak Color**<br>9730 Northwest 25th Street<br>Doral, FL 33172 | **Bellak Color**<br>9730 Northwest 25th Street<br>Doral, FL 33172 | **Trade Debt.** | | 21,536.10 |
| **Bowman**<br>7250 Northwest 74th Avenue<br>Miami, FL 33166 | **Bowman**<br>7250 Northwest 74th Avenue<br>Miami, FL 33166 | **Trade Debt.** | | 23,849.91 |
| **Cellmark**<br>80 Washington St<br>Norwalk, CT 06854 | **Cellmark**<br>80 Washington St<br>Norwalk, CT 06854 | **Trade Debt.** | | 109,732.00 |
| **EnviroCycle**<br>849 Southwest 21st Terrace<br>Fort Lauderdale, FL 33312 | **EnviroCycle**<br>849 Southwest 21st Terrace<br>Fort Lauderdale, FL 33312 | **Trade Debt.** | | 8,851.61 |
| **Florida Departement of Revenue**<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | **Florida Departement of Revenue**<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | **Payroll Taxes** | | 300,000.00 |
| **GE Capital**<br>PO Box 740425<br>Atlanta, GA 30374 | **GE Capital**<br>PO Box 740425<br>Atlanta, GA 30374 | **Trade Debt.** | | 19,888.51 |
| **Goodwill Industries**<br>2104 West Commercial Blvd.<br>Fort Lauderdal, FL 33301 | **Goodwill Industries**<br>2104 West Commercial Blvd.<br>Fort Lauderdal, FL 33301 | **Trade Debt.** | | 11,375.21 |
| **High Quality Trucking**<br>8430 Northwest 93rd Street<br>Medley, FL 33166 | **High Quality Trucking**<br>8430 Northwest 93rd Street<br>Medley, FL 33166 | **Trade Debt.** | | 89,948.00 |
| **Lexon Insurance Group**<br>12890 Lebanon Road<br>Mount Juliet, TN 37122 | **Lexon Insurance Group**<br>12890 Lebanon Road<br>Mount Juliet, TN 37122 | **Trade Debt.** | | 67,472.09 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ecological Paper Recycling, Inc.**  
　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lopefra Corporation**<br>7855 Northwest 29th Street #182<br>Doral, FL 33122 | **Lopefra Corporation**<br>7855 Northwest 29th Street #182<br>Doral, FL 33122 | Trade Debt. | Contingent<br>Unliquidated<br>Disputed | 24,335.62 |
| **Miami Quality**<br>3701 Northwest 51st Street<br>Miami, FL 33142 | **Miami Quality**<br>3701 Northwest 51st Street<br>Miami, FL 33142 | Trade Debt. | | 17,012.06 |
| **Nu Press**<br>2050 NW 94 Ave<br>Doral, FL 33172 | **Nu Press**<br>2050 NW 94 Ave<br>Doral, FL 33172 | Trade Debt. | | 26,677.13 |
| **Otto Enviromental Systems**<br>12700 General Drive<br>Charlotte, NC 28241-0251 | **Otto Enviromental Systems**<br>12700 General Drive<br>Charlotte, NC 28241-0251 | Trade Debt. | | 125,541.83 |
| **Petroliance**<br>1000 Northwest 73rd Street<br>Miami, FL 33150 | **Petroliance**<br>1000 Northwest 73rd Street<br>Miami, FL 33150 | Trade Debt. | | 28,701.56 |
| **V.C. Fuels Corp.**<br>3705 NW 135th Street<br>Opa Locka, FL 33054 | **V.C. Fuels Corp.**<br>3705 NW 135th Street<br>Opa Locka, FL 33054 | Trade Debt. | | 81,795.90 |
| **Waste Management**<br>1001 Fannin<br>Suite 4000<br>Houston, TX 77002 | **Waste Management**<br>1001 Fannin<br>Suite 4000<br>Houston, TX 77002 | Trade Debt. | | 334,881.40 |
| **WSI**<br>2301 Eagle Parkway<br>Suite 200<br>Fort Worth, TX 76177 | **WSI**<br>2301 Eagle Parkway<br>Suite 200<br>Fort Worth, TX 76177 | Trade Debt. | | 83,348.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 4, 2015**　　　　　　　　Signature  **/s/ Jose Flores**  
　　　　　　　　　　　　　　　　　　　　　　　　　**Jose Flores**  
　　　　　　　　　　　　　　　　　　　　　　　　　**CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
3 Dimension
8031 Northwest 14th Street
Doral, FL 33126


A & A Tech Solutions
PO Box 111093
Hialeah, FL 33011


AAA Die Cutting
29 West 23rd Street
Hialeah, FL 33010


Accent WireProducts
10131 FM 2920
Tomball, TX 77375


Ameri-Temps
15301 Northwest 7th Avenue
Miami, FL 33169


AT&T
PO Box 105262
Atlanta, GA 30348


Atlas Paper Mill
3475 Northwest 60th Street
Miami, FL 33142


Atlas Sn Inc
1901 Pratt Boulevard
Elk Grove Village, IL 60007


Bank of America Credit Card
PO Box 851001
Dallas, TX 72585


Bayview
3161 West McNab Road
Pompano Beach, FL 33069


Bellak Color
9730 Northwest 25th Street
Doral, FL 33172
```

Bobcat of Miami
11913 Northwest 99th Avenue
Hialeah Gardens, FL 33018


Bowman
7250 Northwest 74th Avenue
Miami, FL 33166


Cellmark
80 Washington St
Norwalk, CT 06854


Chase
350 East Las Olas Blvd
Ste 1440
Fort Lauderdale, FL 33301


Condo Electric Motor Repair
3615 East 10th Court
Hialeah, FL 33013


DELRAM
860 W 20 ST
Hialeah, FL 33016


Department of Corrections
5400 NW 135th Street
Opa Locka, FL 33054


Eastern Shores
4476 NW 128TH ST
Opa Locka, FL 33054


EnviroCycle
849 Southwest 21st Terrace
Fort Lauderdale, FL 33312


Fast Kit
11250 NW 25th Street
Miami, FL 33172


Fire Alarm Systems & Security
3901 Southwest 47th Avenue #408
Davie, FL 33314

Florida Departement of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100


FPL
General Mail Facility
Miami, FL 33188


GE Capital
PO Box 740425
Atlanta, GA 30374


Goodwill Industries
2104 West Commercial Blvd.
Fort Lauderdal, FL 33301


Grainger
PO Box 419267
Kansas City, MO 64141-6267


Haul-O-Way Towing Services
2721 SW 69th Court
Miami, FL 33155


High Quality Trucking
8430 Northwest 93rd Street
Medley, FL 33166


Impact Plastic Corporation
11419 Smith Drive
Huntley, IL 60142


Internal Revenue Service
7850 SW 6 Court
Mail Stop 5730
Fort Lauderdale, FL 33324


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

```
J & J GRAPHICS
1671 W 38 PLACE
Hialeah, FL 33012


JPMorgan Chase Bank, NA
Broward Business Banking LPO
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301


K & A Graphic Designs Inc.
7359 N.W. 34 Street
Miami, FL 33122


Konie Cups
9001 Northwest 105th Way
Medley, FL 33178


Letter Press
4462 E 10 Lane
Hialeah, FL 33013


Lexon Insurance Group
12890 Lebanon Road
Mount Juliet, TN 37122


Lopefra Corporation
7855 Northwest 29th Street #182
Doral, FL 33122


M.A. & A Enterprises
3705 NW 135th Street
Opa Locka, FL 33054


Miami Dade County Tax Collector
Paralegal Unit
140 W. Flagler St
Miami, FL 33130-1561


Miami Hialeah Medical Group
1025 East 25th Street
Hialeah, FL 33013


Miami Quality
3701 Northwest 51st Street
Miami, FL 33142
```

```
Nu Press
2050 NW 94 Ave
Doral, FL 33172


Orkin
9505 NW 40th Street Rd
Doral, FL 33178


Otto Enviromental Systems
12700 General Drive
Charlotte, NC 28241-0251


Petroliance
1000 Northwest 73rd Street
Miami, FL 33150


Raider Environmental Systems
4103 Northwest 132nd Street
Opa-locka, FL 33054


Rio's Concrete Plumping
8750 Northwest 93rd Street
Medley, FL 33178


Ritz Safety
2200 West Copans Rd
Pompano Beach, FL 33069


Smith Scale, Inc
514 East 9th Street
Hialeah, FL 33010


South Florida Lift Gas
PO Box 800605
Miami, FL 33280


South Florida Tissue
3443 Northwest 107th Street
Miami, FL 33167


Sprint
PO Box 8077
London, KY 40742
```

State Power Electric
9760 North Miami Avenue
Miami Shores, FL 33150


Supreme Auto Part
2650 Ali Baba Avenue
Opa-locka, FL 33054


TGI Tires
7500 Northwest 35th Terrace
Miami, FL 33122


Urbieta Oil, Co.
9701 N.W. 89th Avenue
Medley, FL 33178


V.C. Fuels Corp.
3705 NW 135th Street
Opa Locka, FL 33054


Waste Management
1001 Fannin
Suite 4000
Houston, TX 77002


Wells Fargo Equipment Finance
733 Marquette Ave
Suite 7000
Minneapolis, MN 55402


WSI
2301 Eagle Parkway
Suite 200
Fort Worth, TX 76177