# United States Bankruptcy Court
## Southern District of Florida

In re   **Ecological Paper Recycling, Inc.**  
                              Debtor(s)

Case No.  
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ecological Paper Recycling, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  4, 2015**  
Date

**/s/ Jacqueline Calderin, Esq.**  
**Jacqueline Calderin, Esq. 134414**  
Signature of Attorney or Litigant  
Counsel for   **Ecological Paper Recycling, Inc.**  
**Ehrenstein Charbonneau Calderin**  
**501 Brickell Key Dr**  
**Suite 300**  
**Miami, FL 33131**  
**305-722-2002 Fax:305-722-2001**