## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

*In re:*

ECOLOGICAL PAPER RECYCLING, INC.,          Case No.: 15-12159-BKC-LMI

_____Debtor._____ /          Chapter 11

## DECLARATION OF JOSE FLORES
## IN SUPPORT OF CERTAIN FIRST DAY MOTIONS

**BEFORE ME**, the undersigned authority, personally appeared JOSE FLORES, in Miami, Florida, who after being duly sworn, deposes and says as follows:

### Introduction

1.      My name is Jose Flores. I am over the age of eighteen and am competent to testify.

2.      As chief executive officer of ECOLOGICAL PAPER RECYCLING, INC. (sometimes referred to as "Ecological" or the "Debtor"), I caused the filing of a voluntary petition under Chapter 11, Title 11, United States Code, on Wednesday, February 4, 2015 (the "Petition Date").

### Factual Background

3.      Ecological Paper Recycling, Inc. is a family-owned and family-operated company operating in Miami-Dade County, Florida, since 2009.  The Debtor specializes in waste paper, recycling and processing markets. As a minority-owned company, Ecological has been successful in bidding and retaining numerous favorable contracts. Ecological has grown from a one-person operation to a full-service company that utilizes cutting-edge technology to provide environmentally-friendly solutions to for disposal, shredding, recycling and reuse of mass paper waste.

4.    Today, Ecological is deemed South Florida's largest privately-owned waste paper processor, handling in excess of 2,000 tons per month of sustainable materials recovery, which includes mixed paper, white ledger, and corrugated cardboard.

5.    The Debtor has approximately thirty full time employees as well as additional as-needed work force retained on a contract basis so that at any given time, Ecological may employ up to forty personnel.

6.    Ecological is located at 2350 NW 149 Street, Opa Locka, Florida 33054 (the "Premises"). The Premises are subject to a lease with Ecological Property Holding, LLC.. Ecological Property Holding, LLC is an entity wholly owned by Manuela Flores. The current monthly rent payment for the Premises sales tax and estimated apportioned CAM charges is approximately $19,000.

## Overview, Background, and Events Precipitating Bankruptcy Filing

7.    The Debtor's core business has historically been concentrated on paper recycling and environmentally-friendly disposal. In 2011, Ecological expanded its business to include waste management services. The Debtor obtained numerous contracts, including a large municipal one, which proved to become a drain on the company's resources and infrastructure. For the first time in the company's history, the Debtor started experiencing crippling cash flow challenges. The Debtor has since wound down and sold off most the waste management operations.

I believe that with the breathing room the automatic stay will provide and the reduction in costs attendant to the prior waste business, management will be able to re-focus on the once profitable recycling business.

## First Day Motions

8.     Shortly after the Petition Date, the Debtor through its proposed counsel, has filed

or will file the following motions (for which some, expedited relief has been requested)[1]:

    a.  Emergency Application on an Interim and Final Basis to Retain and Employ Jacqueline Calderin, Esq. and the Law Firm of Ehrenstein Charbonneau Calderin as Debtor's Counsel *Nunc Pro Tunc* to Petition Date;

    b.  Emergency Motion for the Entry of an Order (I) Authorizing the Payment of Pre-Petition Wages, Salaries, and Employee Benefits, (II) Authorizing the Debtor to Continue the Maintenance of Employee Practices and Benefit Plans and Programs in the Ordinary Course and (III) Directing All Banks to Honor Pre-Petition Checks for Payment of Pre-Petition Employee Obligation;

    c.  Emergency Motion for an Order Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service and Setting Procedure for Determining Debtor's Adequate Assurance of Future Payment Pursuant to Section 366 of the Bankruptcy Code

    d.  Motion for Interim and Final Orders Determining Adequate Assurances of Payment for Future Utility Services; and

    e.  Debtor's Motion for Use of Cash Collateral.

---

[1] The legal and factual bases supporting these motions, to the extent not specifically set forth herein, have been particularly forth in the respective motions and incorporated herein by reference.

3

9.    Pursuant to 11 U.S.C. 1116(1), I declare that the Debtor has filed income tax returns for all prior years up to and including 2013.  2014 income tax returns are not yet due.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Jose Flores

**SWORN TO AND SUBSCRIBED** before me this __9__ day of February 2015.

_____
NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

NOTARY PUBLIC, STATE OF FLORIDA
Print Name: _____
Commission No. _____
My Commission Expires: _____

LAURA CANO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE159010
Expires 1/13/2016

EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via U.S. Mail upon this ___9th___ day of February 2015 upon all parties on the attached service list.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

EHRENSTEIN CHARBONNEAU CALDERIN
*Proposed Counsel for Debtor In Possesion*
501 Brickell Key Drive, Suite 300
Miami, FL 33131
T. 305.722.2002        F. 305.722.2001
www.ecclegal.com

By: _____
Jacqueline Calderin, Esq.
Florida Bar No: 134414
jc@ecclegal.com
Matthew A. Petrie, Esq.
Florida Bar No.: 44770
map@ecclegal.com

**Service List**

EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Ameri-Temps
15301 Northwest 7th Avenue
Miami, FL 33169
F. 305.769.3914
E: Kathy@ameritempsemployment.com

Bellak Color
9730 Northwest 25th Street
Doral, FL 33172
F. 305.858.8783
E: Isabel@bellak.com

EnviroCycle
849 Southwest 21st Terrace
Fort Lauderdale, FL 33312
F. 954.791.1526

Goodwill Industries
2104 West Commercial Blvd.
Fort Lauderdale, FL 33301
F. 954.497.3270

Lopefra Corporation
7855 Northwest 29th Street #182
Doral, FL 33122
F: 305.266.9825
E: legal@lopefra.com

Otto Enviromental Systems
12700 General Drive
Charlotte, NC 28241-0251
F. 704.588.5254
E: syassine@otto-usa.com

WSI
2301 Eagle Parkway, Suite 200
Fort Worth, TX 76177
F. 817.632.4540
E: nikki.raff@progressivewaste.com

Atlas Sn Inc
1901 Pratt Boulevard
Elk Grove Village, IL 60007
F. 847.299.7275
E: brendon@atlassn.com

Bowman
7250 Northwest 74th Avenue
Miami, FL 33166
F. 305.883.9473

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668
F. 850.245.5981
E: emaildor@dor.state.fl.us

High Quality Trucking
8430 Northwest 93rd Street
Medley, FL 33166
F. 305.882.0299
E: jim@hqtrucking.com

Miami Quality
3701 Northwest 51st Street
Miami, FL 33142
F. 305.634.3207
E: mariluz@miamiquality.com

Petroliance
1000 Northwest 73rd Street
Miami, FL 33150
F. 866.691.4235
E: bjosey@petroliance.com

Waste Management
1001 Fannin, Suite 4000
Houston, TX 77002
F. 713.394.5026
E: rmcbankruptcy@wm.com

Bank of America Credit Card
PO Box 851001
Dallas, TX 72585
F. 800.658.0395

Cellmark
80 Washington St
Norwalk, CT 06854
F. 203.363.7825

GE Capital
PO Box 740425
Atlanta, GA 30374
F. 319.841.6324
E: myaccountsonline@leasingsource.com

Lexon Insurance Group
12890 Lebanon Road
Mount Juliet, TN 37122
F. 615.553.9502
E: mbelinski@lexonsurety.com
kworden@lexonsurety.com

Nu Press
2050 NW 94 Ave
Doral, FL 33172
F. 305.594.1870
E: lorenzo@nupress.com

V.C. Fuels Corp.
3705 NW 135th Street
Opa Locka, FL 33054
F. 305.883.1927
E: vcfuels@gmail.com

## 20 Largest Creditors

## Secured Creditors

Universal Funding Corporation
Atten: David Bingaman, Esq.
16201 E. Indiana Ave., Suite 2600
Spokane Valley, WA 99216
F.: 509.891.2300 Fax
E: davidb@universalfunding.com

JPMorgan Chase Bank, NA
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
E: frank.a.armenta@chase.com