UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

www.flsb.uscourts.gov

IN RE:  CHAPTER 11

ECOLOGICAL PAPER
RECYCLING, INC.  CASE NO.: 15-12159-LMI
              Debtor(s).                   /

APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

     Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

     I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 20th day of February, 2015.

          GUY G. GEBHARDT
          Acting United States Trustee
          Region 21

By:                    /s/
          Steven D. Schneiderman
          Trial Attorney
          Office of the U.S. Trustee
          51 SW First Avenue
          Room 1204
          Miami, FL 33130
          Tele: (305) 536-7285
          Fax: (305) 536-7360
          *Steven.D.Schneiderman@usdoj.gov*

## EXHIBIT A

| | |
|---|---|
| *Jeremy Bilsky, Esq.<br>Advance Payroll Funding, Ltd.<br>3401 Enterprise Pkwy.<br>5th Floor<br>Cleveland, OH  44122<br>Tele:  216-831-8900 Ext #1151<br>Fax:  216-359-5935<br><br>EMAIL – j.bilsky@advancepartners.com | Courtesy Copy To:<br>Allison L. Friedman<br>20533 Biscayne Blvd., suite 4-435<br>Aventura, Florida 33180<br><br>Tele: 305-905-2679<br>Fax: 305-692-9837<br>Email – ralfriedman@hotmail.com |

Ethan A. Berghoff
General Counsel & Corporate Secretary
Otto Environmental Systems North America, Inc.
12700 General Drive
Charlotte, NC  28273
Tele:  704-583-5266
Fax:  704-583-1333

EMAIL – ethan.berghoff@otto-usa.com

| | |
|---|---|
| Ihosvany Concepcion<br>V. C. Fuels Corp.<br>3705 SW 135 Street<br>Opa-Locka, FL  33054<br>Tele: 305-454-3138<br>EMAIL – vcfuels@gmail.com | Courtesy Copy To:<br>Xavier Franco, Esq.<br>McArdle Perez & Franco, P.L.<br>806 S. Douglas Road, suite 625<br>Coral Gables, Florida 33134<br>Tele: 305-442-2214<br>Fax: 305-442-2291 |

Rosemary L. Hartigan
Lopefra Corp.
7855 SW 29 Street, #182
Doral, FL  33122
Tele:  305-266-3896
Fax:  305-266-9825
EMAIL – Legal@lopefra.com

James Derrico
Vice President
CellMark, Inc.
80 Washington Street
Norwalk, CT  06854
Tele:  203-299-5012
Fax:  203-299-5011
EMAIL – Jimmy.derrico@cellmark.com

Brendon Pantano  
Progressive Waste Solutions of FL, Inc.  
2860 State Road 84, Suite 103  
Fort Lauderdale, FL 33312  
Tele: 786-503-4266  

Email: brendon.pantano@progressivewaste.com  

Manny Fernandez, Sr.  
Bellak Color Corp.  
9730 NW 25th street  
Miami, FL 33172  
Tele: 305-854-8525  
Fax: 305-854-1078  
Email: Allen@Bellak.com  

Courtesy Copy To:  
Grant Smith, Esq.  
401 E. Las Olas Blvd., Suite #300-120  
Fort Lauderdale, FL 33301  
Tele: 954-328-9064  

Email: gsmith@stratgeysmith.com  

\* Indicates the temporary chairperson of the committee

**SERVICE LIST**

- Patricia M Arias    pma@pariaslaw.com, esq874@aol.com
- Robert C Buschel    buschel@bglaw-pa.com, indira@bglaw-pa.com
- Jacqueline Calderin    jc@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com
- Allison L Friedman    ralfriedman@hotmail.com
- Michele L Hanash    michele@morrisdupont.com, bknotices@morrisdupont.com
- James S Myers    jmyers@mcraemetcalf.com, jdervarics@mcraemetcalf.com
- Matthew A Petrie    map@ecclegal.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com
- David P Reiner    dpr@reinerslaw.com, eservice@reinerslaw.com

Goodwill Industries of South Florida, Inc.
C/O Beatriz Anazco, CFO
2121 NW 2nd Street
Miami, Florida 33142

    I hereby certify that I am admitted to the Bar of the State of Illinois and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rules 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

                                                        ___/s/_____
                                                       Steven D. Schneiderman
                                                       Trial Attorney