B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Ecological Paper Recycling, Inc.**

Debtor(s)

Case No.  **15-12159**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Ameri-Temps**<br>**15301 Northwest 7th Avenue**<br>**Miami, FL 33169** | **Ameri-Temps**<br>**15301 Northwest 7th Avenue**<br>**Miami, FL 33169** | **Trade Debt.** | | **394,138.28** |
| **Atlas Sn Inc**<br>**1901 Pratt Boulevard**<br>**Elk Grove Village, IL 60007** | **Atlas Sn Inc**<br>**1901 Pratt Boulevard**<br>**Elk Grove Village, IL 60007** | **Trade Debt.** | | **64,000.00** |
| **Bank of America Credit Card**<br>**PO Box 851001**<br>**Dallas, TX 72585** | **Bank of America Credit Card**<br>**PO Box 851001**<br>**Dallas, TX 72585** | **Trade Debt.** | | **18,078.84** |
| **Bellak Color**<br>**9730 NW 25th Street**<br>**Doral, FL 33172** | **Bellak Color**<br>**9730 NW 25th Street**<br>**Doral, FL 33172** | **Trade Debt.** | | **21,536.10** |
| **Bowman**<br>**7250 Northwest 74th Avenue**<br>**Miami, FL 33166** | **Bowman**<br>**7250 Northwest 74th Avenue**<br>**Miami, FL 33166** | **Trade Debt.** | | **23,849.91** |
| **Cellmark**<br>**80 Washington St**<br>**Norwalk, CT 06854** | **Cellmark**<br>**80 Washington St**<br>**Norwalk, CT 06854** | **Trade Debt.** | | **109,732.00** |
| **Florida Departement of Revenue**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | **Florida Departement of Revenue**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | **Payroll Taxes** | | **34,486.43** |
| **GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374** | **GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374** | **Trade Debt.** | | **19,888.51** |
| **Goodwill Industries**<br>**2104 West Commercial Blvd.**<br>**Fort Lauderdal, FL 33301** | **Goodwill Industries**<br>**2104 West Commercial Blvd.**<br>**Fort Lauderdal, FL 33301** | **Trade Debt.** | | **11,375.21** |
| **High Quality Trucking**<br>**8430 Northwest 93rd Street**<br>**Medley, FL 33166** | **High Quality Trucking**<br>**8430 Northwest 93rd Street**<br>**Medley, FL 33166** | **Trade Debt.** | | **89,948.00** |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Taxes** | | **300,000.00** |
| **Konie Cups**<br>**9001 Northwest 105th Way**<br>**Medley, FL 33178** | **Konie Cups**<br>**9001 Northwest 105th Way**<br>**Medley, FL 33178** | **Final Judgment on Trade Debt** | **Contingent Unliquidated Disputed** | **29,666.99** |

B4 (Official Form 4) (12/07) - Cont.

In re     **Ecological Paper Recycling, Inc.**                                      Case No.     **15-12159**
                                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lexon Insurance Group<br>12890 Lebanon Road<br>Mount Juliet, TN 37122 | Lexon Insurance Group<br>12890 Lebanon Road<br>Mount Juliet, TN 37122 | Trade Debt. | | 67,472.09 |
| Lopefra Corporation<br>7855 Northwest 29th Street #182<br>Doral, FL 33122 | Lopefra Corporation<br>7855 Northwest 29th Street #182<br>Doral, FL 33122 | Trade Debt. | Contingent<br>Unliquidated<br>Disputed | 41,500.00 |
| Nu Press<br>2050 NW 94 Avenue<br>Doral, FL 33172 | Nu Press<br>2050 NW 94 Avenue<br>Doral, FL 33172 | Trade Debt. | | 26,677.13 |
| Otto Enviromental Systems<br>12700 General Drive<br>Charlotte, NC 28241-0251 | Otto Enviromental Systems<br>12700 General Drive<br>Charlotte, NC 28241-0251 | Trade Debt. | | 125,541.83 |
| South Florida Tissue<br>3443 Northwest 107th Street<br>Miami, FL 33167 | South Florida Tissue<br>3443 Northwest 107th Street<br>Miami, FL 33167 | Trade Debt. | | 14,232.70 |
| V.C. Fuels Corp.<br>3705 NW 135th Street<br>Opa Locka, FL 33054 | V.C. Fuels Corp.<br>3705 NW 135th Street<br>Opa Locka, FL 33054 | Trade Debt. | | 81,795.90 |
| Waste Management<br>1001 Fannin<br>Suite 4000<br>Houston, TX 77002 | Waste Management<br>1001 Fannin<br>Suite 4000<br>Houston, TX 77002 | Trade Debt. | | 334,881.40 |
| WSI<br>2301 Eagle Parkway<br>Suite 200<br>Fort Worth, TX 76177 | WSI<br>2301 Eagle Parkway<br>Suite 200<br>Fort Worth, TX 76177 | Trade Debt. | | 83,348.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March  3, 2015**                          Signature    **/s/ Jose Flores**

                                                              **Jose Flores**
                                                              **CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re __Ecological Paper Recycling, Inc._____,
Debtor

Case No. ____15-12159_____

Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 1,228,852.56 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,100,543.90 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 335,741.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 1,646,989.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 1,228,852.56 | | |
| Total Liabilities | | | | 5,083,275.09 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ecological Paper Recycling, Inc.**                    ,    Case No. ___**15-12159**___
                                                    Debtor

Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Ecological Paper Recycling, Inc.**                                    ,    Case No.    **15-12159**
                                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

 **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Ecological Paper Recycling, Inc.**                                                      ,   Case No.   __15-12159__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account #4446**<br><br>**Ameriasia Checking Account #2081** | -<br><br>- | 22,000.00<br><br>740.20 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Florida Power & Light**<br>**Account# 79487-91319, 47034-33179, 27588-72069,**<br>**49049-49445** | - | 21,131.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **43,871.20**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ecological Paper Recycling, Inc.**                              ,    Case No.    **15-12159**
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Environmental Waste Systems, LLC, Florida limited liability company** **Assets Owned:** | - | **Unknown** |
| | | **Shred All Services, LLC Florida limited liability company** **Assets Owned:** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | **505,741.50** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **505,741.50**
(Total of this page)

Sheet ___1___ of ___4___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ecological Paper Recycling, Inc.** ,                                      Case No.   **15-12159**
                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential recovery from pending litigation. Ecological Paper Recycling, Inc. v. Southeast Offset, Inc. Case No.: 2009-81923-CA-01** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Miami Dade County Hauler's Permit** | - | **0.00** |
| | | **Opa-Locka License** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Peterbilt VIN# 3BPZL70X3DF175452** | - | **Unknown** |
| | | **2014 Mack Rear Loader VIN# 1M2AV04C2EM011104** | - | **246,478.86** |
| | | **2007 Mack VIN# 1M2AG11C57M067125** | - | **Unknown** |
| | | **2005 Roll Off** | - | **Unknown** |
| | | **VIN# 1HTMKAAP52H535751** | - | **Unknown** |
| | | **2002 International Straight Truck VIIN# 1M2K195C3XM014695** | - | **1,000.00** |
| | | **2007 Mack Roll Off VIN# 1M2AL02CX7M004980** | - | **110,000.00** |
| | | **VIN# 1HTSDAAP81H395663** | - | **Unknown** |
| | | **VIN# 1M2AV04C4EM011119** | - | **Unknown** |
| | | **1991 Ford Pick-Up VIN# 2FDLF47M6MCA42016** | - | **5,000.00** |
| | | **1999 Mack Front Loader VIN# 1M2K195C3XM014695** | - | **20,000.00** |
| | | **2001 International Straight Truck VIN# 1HTSDAAP81H395663** | - | **7,500.00** |

|  | Sub-Total > | 389,978.86 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ecological Paper Recycling, Inc.**                                   ,    Case No.    **15-12159**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1997 Mack Roll Off VIN# 1M2P264C7VM023383** | - | **10,000.00** |
| | | **2006 Mack Front Loader VIN# 1M2AC08C86MO11903** | - | **20,000.00** |
| | | **2007 Mack VIN# 1M2K189C57M035097** | - | **25,000.00** |
| | | **2001 Mack VIN# 1M2AC07C31M005162** | - | **30,000.00** |
| | | **2004 FRHT VIN# 1FVACFDC04RN13953** | - | **15,000.00** |
| | | **2000 Mack VIN# 1M2K195C8YMO16914** | - | **10,000.00** |
| | | **2004 Mack VIN# 1M2AC07C14M008954** | - | **15,000.00** |
| | | **2007 AMLA VIN# 5SXHANDA17RX20117** | - | **25,000.00** |
| | | **2000 Mack VIN# 1M2K195C5YM016739** | - | **5,000.00** |
| | | **2007 Mack VIN# 1M2AC07C37M011696** | - | **25,000.00** |
| | | **2005 Mack VIN# 1M1AE01X45N002393** | - | **20,000.00** |
| | | **2000/CCC VIN# 1CYCAA382YT044737** | - | **4,000.00** |
| | | **2001 CCC VIN# 1CYCAA3821T045019** | - | **4,000.00** |
| | | **2001/CCC VIN# 1CYCAA3841T045023** | - | **4,000.00** |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **See Exhibit B-29** | - | **Unknown** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **See attached Exhibit B-29** | - | **Unknown** |
| 30.  Inventory. | | **See attached Exhibit B-30** | - | **77,261.00** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |

Sub-Total >            **289,261.00**
(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ecological Paper Recycling, Inc.**                                                ,          Case No.    **15-12159**
                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **1,228,852.56** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Exhibit B-29**
**Machinery, Fixtures, Equipment and Supplies Used in Business**

| Unit # | Description | Motor/Quantity | Dimension (length horizontal cc) | Serial # | Year |
|---|---|---|---|---|---|
| MCX004 | OCC screen - double deck | 2 x 5hp | 72'' w x 30' L | DS-056L | 2001 |
| MCX05 | Slider bed conveyor | 3hp | 60'' w x 20' - 5 1/2'' L | CDT-280L | 2001 |
| MCX06 | Roller chain conveyor | 10hp | 60'' w x 58' - 2 1/2'' L | CCA-1269L | 2001 - *rebuilt 2011* |
| MCX07 | Mach 1 single deck separator | 5hp | 10' w x 17' L | DS-057L | 2001 |
| MCX08 | Slider bed conveyor | 3hp | 60'' w x 32' - 4 1/2'' L | CDT-281L | 2001 |
| MCX09 | Roller chain conveyor | 7-1/2hp | 72'' w x 37' L | CCA-1270L | 2001 - *rebuilt 2011* |
| MCX010 | Mach 1 single deck separator | 5hp | 8' w x 17' L | DS-058L | 2001 |
| MCX011 | Slider bed conveyor | 3hp | 48'' w x 13' - 5 1/2'' L | CDT-282L | 2001 |
| MCX012 | Slider bed conveyor | 3hp | 48'' w x 30' - 1 1/2'' L | CDT-283 | 2001 |
| MCX013 | Roller chain conveyor | 7-1/2hp | 60'' w x 32' - 7'' L | CCA-1271L | 2001 - *rebuilt 2011* |
| MCX015 | Mach 1 single deck finishing separator | 3 x 5hp | 8' w x 22' L | DS-059L | 2001 |
| MCX016 | Trough conveyor | 3hp | 30'' w x 27' L | CRT-061L | 2001 |
| MCX017 | Slider bed conveyor | 2hp | 30'' w x 28' - 5'' L | CDT-284L | 2001 |
| MCX019 | Slider bed conveyor | 3hp | 72'' w x 20' L | | 2001 |
| MCX021 | Rear earth eddy separator - slider bed | 2hp - 7-1/2hp | 30'' w x 7' - 6'' L | | 2001 |
| MAY04c | Slider bed conveyor | 5hp | 72'' w x 61' L | 98S3020 | 1998 |
| MAY09 | '' Z '' pan roller chain conveyor | 20hp | 60'' w x 58' L | 96S3175 | 1998 |
| MAY010 | Slider bed conveyor | 5hp | 60'' w x 40' L | 96S3176 | 1998 |
| MAY018 | Slider bed conveyor | 15hp | 72'' w x 142' L | 96S3183 | 1998 |
| Baler 1 | Harris 2 ram 918w | 100hp | 340 SERIES WIRE TIE | 2707 | 1997 |
| Javelin | Slider bed conveyor | 1hp | 30'' w x 17' L | | 2011 |
| Javelin | Slider bed conveyor | 1hp | 30'' w x 11' L | | 2011 |
| f | Trough conveyor | 2hp | 48'' w x 30' L | | 2009 |
| f | Trough conveyor | 2hp | 36'' w x 21' L | | 2009 |
| f | Trough conveyor | 3hp | 36'' w x 49' L | | 2009 |
| f | Slider bed conveyor | 1-1/2hp | 30'' w x 9' - 6'' L | | 2009 |
| f | Trommel | 5hp | 4' w x 10' - 6'' L | | 2009 |
| steel pacage | all structure steel | | all facility | | |
| mayfram | picking station | 5 hp | 48'' w x 60 feet L | | 2009 |
| Bayler 2 | Mosley Goorilla | 200 h/p | accent wire tie model 470 | | 2000 |
| accent | wire tie | | accent wire tie model 470 | | 2014 |
| Baylor 3 | American Bailor | 75 h/p | american wire tie automatic | | 2005 |
| containers | front end | 389 | 6 yarders | | 2013/2014 |
| resepicals | Bins | approx 3000 | 96 gallon bins | | 2013/2014 |
| eddy current | aluminum and tin seperator | 5 h/p | 36''w 60 '' L | | 2014 |
| eddy current | aluminum and tin seperator | 5 h/p | 36''w 60 '' L | | 2000 |
| containers | receiver box | 4 | 40 yarder closed | | 2004 |
| all tools | torches welders hand tools ect | lots | varius | | different |
| all bricks | walls for storage | lots | varius | | 2012 |
| all office equipment | computor desk file cabinets paperwork | lots | varius | | 2009/2014 |
| sercurity cameras | 2 security systems to view | 1-16 2-32 | approximatly 35 to 40 cameras | | 2012 2014 |
| bobcats | model numbers 630 with solid tires | 4 | | | 2014 |
| forklifts | model number H50 | 5 | | | 2014 |
| all singlestream | all material left to run merf | ? | ? | | none |
| compactor | 4 cubic yard compactor | 2 h/p | 8 L x 4 w | | rebult 2014 |
| trailers | 40 to 45 feet trailers | 4 | trailers for loading material | | approx 2000 |
| scales | tractor trailer scales | 2 | 60 L 12 w   and 75 L 10 w | | 2005/2010 |
| scales | weighing material | 2 | 4L x 4 W | | 2005 |
| roll of containers | 10 yard 20 yard 30 yard 40 yard | 30approximatly  26 feet | 26 feet | | different |
| diesel containers | containers to put diesel for trucks | 4 | different | | different |

**All figures are approximate.**

# Exhibit B-30

# ECOLOGICAL PAPER RECYCLING
INVENTORY                    DATE:02/04/15

| GRADES | BALES | TOTAL BALES |
|--------|-------|-------------|
| OCC | | 0 |
| | | 20 |
| NEWS CLEAN | | 0 |
| | PALLETS 18 | 39 |
| NEWS/REGULAR | | 0 |
| | | 112 |
| NEWS BLANK | | 0 |
| | | 0 |
| MIX | | 48 |
| | | 101 |
| SO? | | 0 |
| | | 20 |
| TISSUE | | 0 |
| | | 0 |
| PET | | 0 |
| | | 0 |
| W / L | | 0 |
| | | 31 |
| RIDGITS | | 0 |
| | | 0 |
| SINGLE STREAM | | $1,000 |

|  | NAME | START TIMH TIME |
|--|------|-----------------|
| OPERADOR: | | |
| AYUDANTE: | | |
| BOBCAT DRIVER: | | |
| FORKLIFT DRIVER | | |

B6D (Official Form 6D) (12/07)

In re **Ecological Paper Recycling, Inc.** _____ ,    Case No. ___**15-12159**___
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx7004**<br><br>**Chase**<br>**350 East Las Olas Blvd**<br>**Ste 1440**<br>**Fort Lauderdale, FL 33301** | | - | **To be supplemented.** | | | | | |
| | | | Value $            **Unknown** | | | | **929,005.32** | **0.00** |
| Account No. **xxxxxxxxx7006**<br><br>**Chase**<br>**350 East Las Olas Blvd**<br>**Ste 1440**<br>**Fort Lauderdale, FL 33301** | | - | **To be supplemented.** | | | | | |
| | | | Value $            **Unknown** | | | | **142,857.76** | **0.00** |
| Account No. **xxxxxxx7002**<br><br>**Chase**<br>**350 East Las Olas Blvd**<br>**Ste 1440**<br>**Fort Lauderdale, FL 33301** | | - | **To be supplemented.** | | | | | |
| | | | Value $            **Unknown** | | | | **20,930.23** | **0.00** |
| Account No. **xxxxxxx7005**<br><br>**Chase**<br>**350 East Las Olas Blvd**<br>**Ste 1440**<br>**Fort Lauderdale, FL 33301** | | - | **To be supplemented.** | | | | | |
| | | | Value $            **Unknown** | | | | **1,130,139.13** | **0.00** |

|  |  |  |
|---|---|---|
| __2__ continuation sheets attached | Subtotal<br>(Total of this page) | **2,222,932.44**     **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Ecological Paper Recycling, Inc.**                                  ,    Case No.   **15-12159**
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxx7003 | | | To be supplemented. | | | | | |
| **Chase** 350 East Las Olas Blvd Ste 1440 Fort Lauderdale, FL 33301 | | - | | | | | | |
| | | | Value $        **Unknown** | | | | **12,927.92** | **0.00** |
| Account No. xxxx75-01 | | | Commercial Loan | | | | | |
| **General Electric Corporation** 300 E. John Carpenter Freeway, Suite 204 Irving, TX 75062-2712 | X | - | To be supplemented. | | | | | |
| | | | Value $        **Unknown** | | | | **75,333.48** | **Unknown** |
| Account No. xxxx75-02 | | | Commercial Loan | | | | | |
| **General Electric Corporation** 300 E. John Carpenter Freeway, Suite 204 Irving, TX 75062-2712 | X | - | To be supplemented. | | | | | |
| | | | Value $        **Unknown** | | | | **38,973.20** | **Unknown** |
| Account No. xxxx75-03 | | | Commercial Loan | | | | | |
| **General Electric Corporation** 300 E. John Carpenter Freeway, Suite 204 Irving, TX 75062-2712 | X | - | To be supplemented. | | | | | |
| | | | Value $        **Unknown** | | | | **39,423.00** | **Unknown** |
| Account No. 195766150 | | | | | | | | |
| **Wells Fargo Equipment Finance** 733 Marquette Ave Suite 7000 Minneapolis, MN 55402 | | - | | | | | | |
| | | | Value $        **0.00** | | | | **225,000.00** | **0.00** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **391,657.60** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ecological Paper Recycling, Inc.** , Case No. **15-12159**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **167121550** <br><br> **Wells Fargo Equipment Finance** <br> **733 Marquette Ave** <br> **Suite 7000** <br> **Minneapolis, MN 55402** | | - | | | | | | | | |
| | | | | | Value $                **0.00** | | | | **239,475.00** | **0.00** |
| Account No. **194750550** <br><br> **Wells Fargo Equipment Finance** <br> **733 Marquette Ave** <br> **Suite 7000** <br> **Minneapolis, MN 55402** | | - | | | | | | | | |
| | | | | | Value $                **0.00** | | | | **246,478.86** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal <br> (Total of this page) | **485,953.86** | **0.00** |
| | Total <br> (Report on Summary of Schedules) | **3,100,543.90** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Ecological Paper Recycling, Inc.**                                  ,      Case No.   **15-12159**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Ecological Paper Recycling, Inc.** _____ ,    Case No. __**15-12159**_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **32148840** | | | | | **Payroll Taxes** | | | | | | |
| **Florida Departement of Revenue** **P.O. Box 6668** **Tallahassee, FL 32314-6668** | - | | | | | | | | **1,255.33** | **0.00** | **1,255.33** |
| Account No. **3214880** | | | | | **Payroll Taxes** | | | | | | |
| **Florida Departement of Revenue** **P.O. Box 6668** **Tallahassee, FL 32314-6668** | - | | | | | | | | **34,486.43** | **33,231.10** | **1,255.33** |
| Account No. **270607144** | | | | | **Taxes** | | | | | | |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | | | | | | **300,000.00** | **0.00** | **300,000.00** |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **335,741.76** | **33,231.10** **302,510.66** |
| Total (Report on Summary of Schedules) | **335,741.76** | **33,231.10** **302,510.66** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**Ecological Paper Recycling, Inc.**_____,    Case No. ___**15-12159**_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.**<br><br>**3 Dimension**<br>**8031 Northwest 14th Street**<br>**Doral, FL 33126** | - | | | | **Trade Debt.** | | | | **2,912.60** |
| **Account No.**<br><br>**A & A Tech Solutions**<br>**PO Box 111093**<br>**Hialeah, FL 33011** | | | | | **Trade Debt.** | | | | **1,630.00** |
| **Account No.**<br><br>**Accent WireProducts**<br>**10131 FM 2920**<br>**Tomball, TX 77375** | - | | | | **Trade Debt.** | | | | **551.93** |
| **Account No.**<br><br>**Advance Payroll Funding, LTD**<br>**c/o Jeremy Bilsky, Esq.**<br>**3401 Enterprise Pkwy**<br>**5th Floor**<br>**Beachwood, OH 44122** | - | | | | **Commercial Debt.** | X | X | X | **Unknown** |

__13__ continuation sheets attached

Subtotal                    **5,094.53**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ecological Paper Recycling, Inc.**                                     ,        Case No.        **15-12159**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| **Ameri-Temps** **15301 Northwest 7th Avenue** **Miami, FL 33169** | | - | | | | | 394,138.28 |
| Account No. | | | Trade Debt. | | | | |
| **AT&T** **PO Box 105262** **Atlanta, GA 30348** | | - | | | | | 520.69 |
| Account No. | | | Trade Debt. | | | | |
| **Atlas Sn Inc** **1901 Pratt Boulevard** **Elk Grove Village, IL 60007** | | - | | | | | 64,000.00 |
| Account No. | | | Trade Debt. | | | | |
| **Attar, Inc.** **12927 NW 27th Avenue** **Miami, FL 33167** | | - | | | | | 4,224.00 |
| Account No. **XXXX9127** | | | Trade Debt. | | | | |
| **Bank of America Credit Card** **PO Box 851001** **Dallas, TX 72585** | | - | | | | | 18,078.84 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **480,961.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ecological Paper Recycling, Inc.** ,  Case No.  **15-12159**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXXX9349** | | | Trade Debt. | | | | |
| **Bank of America Credit Card** **PO Box 851001** **Dallas, TX 72585** | | - | | | | | 4,121.04 |
| Account No. | | | Trade Debt. | | | | |
| **Bellak Color** **9730 NW 25th Street** **Doral, FL 33172** | | - | | | | | 21,536.10 |
| Account No. | | | Commercial Trade Debt. | | | | |
| **Benjamin Jones** **c/o Todd L. Wallen, Esq.** **The Wallen Law Firm P.A.** **255 Aragon Avenue, Third Floor** **Miami, FL 33134** | X | - | | X | X | X | Unknown |
| Account No. | | | Trade Debt. | | | | |
| **Bobcat of Miami** **11913 Northwest 99th Avenue** **Hialeah Gardens, FL 33018** | | - | | | | | 629.95 |
| Account No. | | | Trade Debt. | | | | |
| **Bowman** **7250 Northwest 74th Avenue** **Miami, FL 33166** | | - | | | | | 23,849.91 |

Sheet no. **2** of **13** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **50,137.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Ecological Paper Recycling, Inc._____,    Case No. ____15-12159_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt. | | | | |
| Caribbean Fire & Associates, Inc. 1700 NW 65th Avenue Suite 13 Fort Lauderdale, FL 33313 | | - | | | | | | 2,600.00 |
| Account No. | | | | Commercial Debt | | | | |
| Carlo Piccinonna 3051 Northwest 129th Street Opa Locka, FL 33054 | X | - | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt. | | | | |
| Cellmark 80 Washington St Norwalk, CT 06854 | | - | | | | | | 109,732.00 |
| Account No. | | | | Notice Purposes Only. | | | | |
| Condo Electric Motor Repair 3615 East 10th Court Hialeah, FL 33013 | | - | | | | | | 0.00 |
| Account No. | | | | Commercial Debt. | | | | |
| Condor International Inc. c/o John H. Faro, Esq. P.O. Box 490014 Key Biscayne, FL 33154 | | - | | | X | X | X | Unknown |

Sheet no. __3___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,332.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ecological Paper Recycling, Inc.**                                    ,    Case No.    **15-12159**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| **Craft Equipment Company** **1820 Massaro Blvd** **Suite 100** **Tampa, FL 33619** | | - | | | | | 1,136.18 |
| Account No. | | | Trade Debt. | | | | |
| **Department of Corrections** **5400 NW 135th Street** **Opa Locka, FL 33054** | | - | | | | | 3,520.00 |
| Account No. | | | Commerical Debt. | | | | |
| **Derek Pruitt** **c/o Angeli Murthy, Esq.** **Morgan & Morgan, P.A.** **600 N. Pine Island Road, Suite 400** **Fort Lauderdale, FL 33324** | X | - | | X | X | X | **Unknown** |
| Account No. | | | Trade Debt. | | | | |
| **EnviroCycle** **849 Southwest 21st Terrace** **Fort Lauderdale, FL 33312** | | - | | | | | 8,851.61 |
| Account No. | | | Trade Debt. | | | | |
| **Fast Kit** **11250 NW 25th Street** **Miami, FL 33172** | | - | | | | | 2,735.52 |

Sheet no. __4___ of __13___ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          **16,243.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ecological Paper Recycling, Inc.**                                          ,    Case No.    **15-12159**
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fire Alarm Systems & Security**<br>**3901 Southwest 47th Avenue #408**<br>**Davie, FL 33314** | | - | **Trade Debt.** | | | | 2,022.63 |
| Account No.<br><br>**FPL**<br>**General Mail Facility**<br>**Miami, FL 33188** | | - | **Trade Debt.** | | | | 5,540.94 |
| Account No. **xxxxxxxxxxxx0328**<br><br>**GC Services Limited Partnership**<br>**PO Box 1466**<br>**Houston, TX 77251** | | - | **Collection on Sprint account.** | | | | 3,933.58 |
| Account No.<br><br>**GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374** | | - | **Trade Debt.** | | | | 19,888.51 |
| Account No.<br><br>**Goodwill Industries**<br>**2104 West Commercial Blvd.**<br>**Fort Lauderdal, FL 33301** | | - | **Trade Debt.** | | | | 11,375.21 |

Sheet no.  **5**  of  **13**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **42,760.87**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ecological Paper Recycling, Inc.**                                   ,        Case No.    **15-12159**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt. | | | | |
| **Grainger** PO Box 419267 Kansas City, MO 64141-6267 | | - | | | | | | 386.25 |
| Account No. | | | | Commercial Debt | | | | |
| **Great Waste and Recycling Service, LLC** 3051 Northwest 129th Street Opa Locka, FL 33054 | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | Trade Debt. | | | | |
| **Haul-O-Way Towing Services** 2721 SW 69th Court Miami, FL 33155 | | - | | | | | | 1,336.50 |
| Account No. | | | | Trade Debt. | | | | |
| **High Quality Trucking** 8430 Northwest 93rd Street Medley, FL 33166 | | - | | | | | | 89,948.00 |
| Account No. | | | | Trade Debt. | | | | |
| **Impact Plastic Corporation** 11419 Smith Drive Huntley, IL 60142 | | - | | | | | | 2,689.50 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **94,360.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ecological Paper Recycling, Inc.** _____ ,    Case No. ___**15-12159**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **20002337508** | | | 11/19/14 Trade Debt. | | | | |
| **Infinity Auto Insurance Company Subrogat PO Box 830807 Birmingham, AL 35283-0807** | | - | | | | X | 4,243.43 |
| Account No. | | | Commercial Debt. | | | | |
| **J E K Waste Service Corp c/o Mauricio Padilla, Esq. Padilla Law 2200 S. Dixie Hwy, Suite 704 Miami, FL 33133** | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **J. Eckhard Bley c/o Stephen Kavanaugh Loffredo, Esq. 9999 N.E. 2 Ave., #216 Miami Shores, FL 33138** | X | - | | X | X | X | Unknown |
| Account No. | | | Commercial Debt. | | | | |
| **JE Bley Overses Trade of SO FL, Inc. c/o Stephen Kavanaugh Loffredo, Esq. 9999 N.E. 2 Ave., #216 Miami Shores, FL 33138** | X | - | | X | X | X | Unknown |
| Account No. | | | Final Judgment on Trade Debt | | | | |
| **Konie Cups 9001 Northwest 105th Way Medley, FL 33178** | | - | | X | X | X | 29,666.99 |

Sheet no. ___**7**___ of ___**13**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,910.42**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ecological Paper Recycling, Inc.** ,    Case No.    **15-12159**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt. | | | | |
| Lexon Insurance Group 12890 Lebanon Road Mount Juliet, TN 37122 | - | | | | | | | 67,472.09 |
| Account No. | | | | Trade Debt. | | | | |
| Lopefra Corporation 7855 Northwest 29th Street #182 Doral, FL 33122 | - | | | | X | X | X | 41,500.00 |
| Account No. | | | | Trade Debt. | | | | |
| M.A. & A Enterprises 3705 NW 135th Street Opa Locka, FL 33054 | - | | | | | | | 5,283.38 |
| Account No. | | | | Trade Debt. | | | | |
| MDX - Credit Protection Association PO Box 865005 Orlando, FL 32886-0001 | - | | | | | | | 8,072.27 |
| Account No. | | | | Trade Debt. | | | | |
| Miami Dade County -False Alarm Violation Credit and Collection 200 NW 2ns Avenue 3rd Floor Miami, FL 33128 | - | | | | | | | 1,640.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **123,967.74**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ecological Paper Recycling, Inc.**_____,    Case No. ___**15-12159**_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt. | | | | |
| Miami Hialeah Medical Group 1025 East 25th Street Hialeah, FL 33013 | - | | | | | | | 1,858.48 |
| Account No. | | | | Trade Debt. | | | | |
| Nu Press 2050 NW 94 Avenue Doral, FL 33172 | - | | | | | | | 26,677.13 |
| Account No. | | | | Trade Debt. | | | | |
| Orkin 9505 NW 40th Street Rd Doral, FL 33178 | - | | | | | | | 2,786.28 |
| Account No. | | | | Commercial Debt. | | | | |
| Orlando Financial Services, Inc. c/o Butch McNeil, Esq. 1000 Hurricane Shoals Road, Suite B-700 Lawrenceville, GA 30043 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Debt. | | | | |
| Otto Enviromental Systems 12700 General Drive Charlotte, NC 28241-0251 | - | | | | | | | 125,541.83 |

Sheet no. __**9**___ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,863.72

B6F (Official Form 6F) (12/07) - Cont.

In re **Ecological Paper Recycling, Inc.** _____,  Case No. **15-12159** _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| **Petroliance** **1000 Northwest 73rd Street** **Miami, FL 33150** | | - | | | | | **Unknown** |
| Account No. | | | Commercial Debt. | | | | |
| **Progressive Waste Solutions of FL, Inc.** **2860 SR 84, Suite 103** **Fort Lauderdale, FL 33312** | | - | | X | X | X | **Unknown** |
| Account No. | | | Trade Debt. | | | | |
| **Raider Environmental Systems** **4103 Northwest 132nd Street** **Opa-locka, FL 33054** | | - | | | | | **2,033.06** |
| Account No. | | | Commerical Trade Debt. | | | | |
| **Ricardo Brutus** **c/o Angeli Murthy, Esq.** **Morgan & Morgan, P.A.** **600 N. Pine Island Road, Suite 400** **Fort Lauderdale, FL 33324** | X | - | | X | X | X | **Unknown** |
| Account No. | | | Trade Debt. | | | | |
| **Rio's Concrete Plumping** **8750 Northwest 93rd Street** **Medley, FL 33178** | | - | | | | | **1,657.47** |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,690.53**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ecological Paper Recycling, Inc.**_____,  Case No. ____**15-12159**_____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| **Ritz Safety** **2200 West Copans Rd** **Pompano Beach, FL 33069** | | - | | | | | 524.40 |
| Account No. | | | Trade Debt. | | | | |
| **South Florida Lift Gas** **PO Box 800605** **Miami, FL 33280** | | - | | | | | 2,320.46 |
| Account No. | | | Trade Debt. | | | | |
| **South Florida Tissue** **3443 Northwest 107th Street** **Miami, FL 33167** | | - | | | | | 14,232.70 |
| Account No. | | | Trade Debt. | | | | |
| **Sprint** **PO Box 8077** **London, KY 40742** | | - | | | | | 454.77 |
| Account No. | | | Trade Debt. | | | | |
| **State Power Electric** **9760 North Miami Avenue** **Miami Shores, FL 33150** | | - | | | | | 1,600.00 |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      19,132.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ecological Paper Recycling, Inc.**                    ,          Case No.    **15-12159**

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt. | | | | |
| Supreme Auto Part 2650 Ali Baba Avenue Opa-locka, FL 33054 | | - | | | | | 178.00 |
| Account No. | | | Trade Debt. | | | | |
| TGI Tires 7500 Northwest 35th Terrace Miami, FL 33122 | | - | | | | | 1,400.00 |
| Account No. | | | Commercial Debt. | | | | |
| Tropical Trailer Leasing, LLC c/o Alejandro Espino Peterson & Espino, P.A. 10631 SW 88 Street, Suite 220 Miami, FL 33176 | X | - | | X | X | X | Unknown |
| Account No. | | | Commercial Debt. | | | | |
| TTL Equipment Management, LLC c/o Alejandro Espino Peterson & Espino, P.A. 10631 SW 88 Street, Suite 220 Miami, FL 33176 | X | - | | X | X | X | Unknown |
| Account No. | | | Trade Debt. | | | | |
| Urbieta Oil, Co. 9701 N.W. 89th Avenue Medley, FL 33178 | | - | | | | | 5,931.22 |

Sheet no.  **12**  of  **13**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,509.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ecological Paper Recycling, Inc.**                                     ,       Case No.   **15-12159**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Trade Debt. | | | | |
| **V.C. Fuels Corp.** **3705 NW 135th Street** **Opa Locka, FL 33054** | | | | | | | | **81,795.90** |
| Account No. | | | - | Trade Debt. | | | | |
| **Waste Management** **1001 Fannin** **Suite 4000** **Houston, TX 77002** | | | | | | | | **334,881.40** |
| Account No. | | | - | Commercial Debt. | | | | |
| **Wheelabrator of North Broward, Inc.** **c/o Hope L. Plevy, Esq.** **One East Broward Blvd., Suite 700** **Fort Lauderdale, FL 33301** | X | | | | X | X | X | **Unknown** |
| Account No. | | | - | Commercial Debt. | | | | |
| **Wheelabrator of South Broward, Inc.** **c/o Hope L. Plevy, Inc.** **One East Broward Blvd., Suite 700** **Fort Lauderdale, FL 33301** | X | | | | X | X | X | **Unknown** |
| Account No. | | | - | Trade Debt. | | | | |
| **WSI** **2301 Eagle Parkway** **Suite 200** **Fort Worth, TX 76177** | | | | | | | | **83,348.40** |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **500,025.70**

Total
(Report on Summary of Schedules)    **1,646,989.43**

B6G (Official Form 6G) (12/07)

In re    **Ecological Paper Recycling, Inc.**                                    ,    Case No.    **15-12159**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Aquarius Press**<br>**13795 NW 19 Avenue**<br>**Opa Locka, FL 33054** | **April 20, 2011 Contract for waste paper** |
| **Bellak Color**<br>**9730 NW 25th Street**<br>**Doral, FL 33172** | **February 17, 2011 Contract** |
| **City of Opa-Locka**<br>**3400 NW 135 Street, Bldg. B**<br>**Opa Locka, FL 33054** | **Opa-Locka Residential Solid Waste Contract** |
| **City of Opa-Locka**<br>**3400 NW 135 Street, Bldg. B**<br>**Opa Locka, FL 33054** | **Opa-Locka Commercial Solid Waste Contract** |
| **Eastern Shores**<br>**4476 NW 128th Street**<br>**Opa Locka, FL 33054** | **July 1, 2010 Contract** |
| **Ecological Property Holding, LLC**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Lease agreement dated 2/7/12 for Debtor's premises (21 year term)** |
| **Miami-Dade County**<br>**Miami-Dade Resource Conservation Committ**<br>**701 NW 1st Court**<br>**2nd Floor**<br>**Miami, FL 33128** | **October 1, 2013 Miami Dade County Recycling services for over 500 County facilities Contract# RFQ841** |
| **NHMG Financial Services**<br>**10 Riverview Drive**<br>**Danbury, CT 06810** | **August 12, 2013 Master Lease Agreement No.: 9712307** |
| **Nu Press**<br>**2050 NW 94 Avenue**<br>**Doral, FL 33172** | **June 4, 2010 Contract** |
| **Ryder**<br>**11690 NW 105 Street**<br>**Miami, FL 33178** | **April 19, 2010 Contract** |
| **School** | |
| **Town of Medley**<br>**7777 NW 72nd Avenue**<br>**Miami, FL 33166** | **August 24, 2012 Contract for Disaster Debris Management** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Ecological Paper Recycling, Inc.**                                    ,    Case No. _____**15-12159**_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| **Universal Waste Services of Florida, Inc**<br>**1 radisson Plaza**<br>**New Rochelle, NY 10801** | **November 7, 2014 Agreement of Sale** |
| **Winsted Envelopes**<br>**917 SW 10 Street**<br>**Hallandale, FL 33009** | **February 23, 2011 Contract** |

Sheet __**1**__ of __**1**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Ecological Paper Recycling, Inc.**                       ,    Case No.     **15-12159**
                                       Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Complete Auto Care, Inc.**<br>**3520 NW 54 Street**<br>**Miami, FL 33142** | **J. Eckhard Bley**<br>**c/o Stephen Kavanaugh Loffredo, Esq.**<br>**9999 N.E. 2 Ave., #216**<br>**Miami Shores, FL 33138** |
| **Complete Auto Care, Inc.**<br>**3520 NW 54 Street**<br>**Miami, FL 33142** | **JE Bley Overses Trade of SO FL, Inc.**<br>**c/o Stephen Kavanaugh Loffredo, Esq.**<br>**9999 N.E. 2 Ave., #216**<br>**Miami Shores, FL 33138** |
| **Dalemar, Inc.**<br>**1000 Parkview Drive, Suite 531**<br>**Hallandale, FL 33009** | **J. Eckhard Bley**<br>**c/o Stephen Kavanaugh Loffredo, Esq.**<br>**9999 N.E. 2 Ave., #216**<br>**Miami Shores, FL 33138** |
| **Dalemar, Inc.**<br>**1000 Parkview Drive, Suite 531**<br>**Hallandale, FL 33009** | **JE Bley Overses Trade of SO FL, Inc.**<br>**c/o Stephen Kavanaugh Loffredo, Esq.**<br>**9999 N.E. 2 Ave., #216**<br>**Miami Shores, FL 33138** |
| **Ecological Property Holding, LLC**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Benjamin Jones**<br>**c/o Todd L. Wallen, Esq.**<br>**The Wallen Law Firm P.A.**<br>**255 Aragon Avenue, Third Floor**<br>**Miami, FL 33134** |
| **Ecological Waste Systems**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Tropical Trailer Leasing, LLC**<br>**c/o Alejandro Espino**<br>**Peterson & Espino, P.A.**<br>**10631 SW 88 Street, Suite 220**<br>**Miami, FL 33176** |
| **Ecological Waste Systems**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **TTL Equipment Management, LLC**<br>**c/o Alejandro Espino**<br>**Peterson & Espino, P.A.**<br>**10631 SW 88 Street, Suite 220**<br>**Miami, FL 33176** |
| **Ecological Waste Systems**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Wheelabrator of South Broward, Inc.**<br>**c/o Hope L. Plevy, Inc.**<br>**One East Broward Blvd., Suite 700**<br>**Fort Lauderdale, FL 33301** |
| **Ecological Waste Systems**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Wheelabrator of North Broward, Inc.**<br>**c/o Hope L. Plevy, Esq.**<br>**One East Broward Blvd., Suite 700**<br>**Fort Lauderdale, FL 33301** |

**2**

_____ continuation sheets attached to Schedule of Codebtors

In re    **Ecological Paper Recycling, Inc.**
_____,    Case No.    **15-12159**    _____
                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jose Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Carlo Piccinonna**<br>**3051 Northwest 129th Street**<br>**Opa Locka, FL 33054** |
| **Jose Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Great Waste and Recycling Service, LLC**<br>**3051 Northwest 129th Street**<br>**Opa Locka, FL 33054** |
| **Jose Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Derek Pruitt**<br>**c/o Angeli Murthy, Esq.**<br>**Morgan & Morgan, P.A.**<br>**600 N. Pine Island Road, Suite 400**<br>**Fort Lauderdale, FL 33324** |
| **Jose Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Derek Pruit**<br>**c/o Angeli Murthy, Esq.**<br>**Morgan & Morgan, P.A.**<br>**600 N. Pine Island Road, Suite 400**<br>**Fort Lauderdale, FL 33324** |
| **Jose Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Tropical Trailer Leasing, LLC**<br>**c/o Alejandro Espino**<br>**Peterson & Espino, P.A.**<br>**10631 SW 88 Street, Suite 220**<br>**Miami, FL 33176** |
| **Jose Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **TTL Equipment Management, LLC**<br>**c/o Alejandro Espino**<br>**Peterson & Espino, P.A.**<br>**10631 SW 88 Street, Suite 220**<br>**Miami, FL 33176** |
| **Lucky Commercial Realty, Inc.**<br>**2800 Ponce De Leon Blvd., Suite 1125**<br>**Coral Gables, FL 33134** | **J. Eckhard Bley**<br>**c/o Stephen Kavanaugh Loffredo, Esq.**<br>**9999 N.E. 2 Ave., #216**<br>**Miami Shores, FL 33138** |
| **Lucky Commercial Realty, Inc.**<br>**2800 Ponce De Leon Blvd., Suite 1125**<br>**Coral Gables, FL 33134** | **JE Bley Overses Trade of SO FL, Inc.**<br>**c/o Stephen Kavanaugh Loffredo, Esq.**<br>**9999 N.E. 2 Ave., #216**<br>**Miami Shores, FL 33138** |
| **Manuela Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **General Electric Corporation**<br>**300 E. John Carpenter Freeway, Suite 204**<br>**Irving, TX 75062-2712** |
| **Manuela Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **General Electric Corporation**<br>**300 E. John Carpenter Freeway, Suite 204**<br>**Irving, TX 75062-2712** |
| **Manuela Flores**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **General Electric Corporation**<br>**300 E. John Carpenter Freeway, Suite 204**<br>**Irving, TX 75062-2712** |

Sheet    **1**    of    **2**    continuation sheets attached to the Schedule of Codebtors

In re    **Ecological Paper Recycling, Inc.**                                    ,    Case No.    **15-12159**

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shred All Services, LLC**<br>**2350 NW 149 Street**<br>**Opa Locka, FL 33054** | **Benjamin Jones**<br>**c/o Todd L. Wallen, Esq.**<br>**The Wallen Law Firm P.A.**<br>**255 Aragon Avenue, Third Floor**<br>**Miami, FL 33134** |
| **Steven Blinbaum**<br>**P.O. Box 291493**<br>**Fort Lauderdale, FL 33329** | **J. Eckhard Bley**<br>**c/o Stephen Kavanaugh Loffredo, Esq.**<br>**9999 N.E. 2 Ave., #216**<br>**Miami Shores, FL 33138** |
| **Steven Blinbaum**<br>**P.O. Box 291493**<br>**Fort Lauderdale, FL 33329** | **JE Bley Overses Trade of SO FL, Inc.**<br>**c/o Stephen Kavanaugh Loffredo, Esq.**<br>**9999 N.E. 2 Ave., #216**<br>**Miami Shores, FL 33138** |

Sheet    **2**    of    **2**    continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ecological Paper Recycling, Inc.**
_____
                                    Debtor(s)

Case No.    **15-12159**
Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**35**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March  3, 2015**
_____

Signature    **/s/ Jose Flores**
_____
            **Jose Flores**
            **CEO**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Ecological Paper Recycling, Inc.**                                     Case No.   __15-12159__
_____              Chapter   __11__
                                   Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$150,000.00** | **2015 YTD: Business Income** |
| **$7,920,000.00** | **2014: Business Income** |
| **$6,945,413.00** | **2013: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

B7 (Official Form 7) (04/13)                                                                                                                              2

---

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **TO BE SUPPLEMENTED** | **Debtor is in the process of retaining an accountant and will supplement.** | **$0.00** | **$0.00** |

**None** ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **TO BE SUPPLEMENTED** | **Debtor is in the process of retaining an accountant and will supplement.** | **$0.00** | **$0.00** |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Advance Payroll Funding, LTD. v. Ecological Paper Recycling, Inc. Case No.: 2014-31890-CA-01** | **Collection** | **Miami-Dade County Courthouse 73 West Flagler Street Miami, Florida 33130** | **Pending** |
| **Great Waste and Recycling Service, LLC and Carlo Piccinonna v. Ecological Paper Recycling, Inc. and Jose Flores, Jr. Case No.: 14-28442-CA-01** | **Specific performance, imposition of an equitable lien or constructive trust, injunctive relief and damages** | **Miami-Dade County Courthouse 73 West Flagler Street Miami, Florida 33130** | **Pending** |

---

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                    3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ecological Paper Recycling, Inc. v. Southeast Offset, Inc.**<br>**Case No.: 2009-81923-CA-01** | **Breach of Contract** | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Pending** |
| **R N D 92, Inc. v. Ecological Paper Recycling, Inc.**<br>**Case No.: 2011-27455-CC-23** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Dismissed 3/11/14** |
| **J Eckhard Bley and JE Bley Overseas Trade of South Florida, Inc. v. Complete Auto Care, Inc., et. al.**<br>**Case No.: 2012-7291-CA-01** | **Care Dispute** | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Pending** |
| **Ecological Paper Recycling, Inc. vs Daniel Coosemans, et. al.**<br>**Case No.: 2012-17000-CA-101** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Dismissed 5/30/2014** |
| **Condor International, Inc. v. Ecological Paper Recycling, Inc.**<br>**Case No.: 2013-28381-CA-01** | **Dispute** | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Pending** |
| **Ecological Paper Recycling, Inc. v. Jennette, Richard**<br>**Case No.: 2013-29167-CA-01** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Pending** |
| **Progressive Waste Solutions of Florida, Inc. v. City of Opa-Locak and Ecological Paper Recycling, Inc.**<br>**Case No.: 2013-31685-CA-01** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Dismissed 8/18/2014** |
| **Waste Pro USA, Inc. v. Justina Idalia Urey and Ecological Paper recycling, Inc.**<br>**Case No.: 2013-36122-CA-01** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Dismissed 12/15/2014** |
| **Tropical Trailer Leasing, LLC, et. al. v. Ecological Paper Recycling, Inc.** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Pending** |
| **J E K Waste Service Corp v. Ecological Paper Recycling, Inc.**<br>**Case No.: 2014-1723-CA-01** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Pending** |
| **Konie Cups International, Inc. v. Ecological Paper Recycling, Inc.**<br>**Case No.: 2014-3251-CA-01** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Final Judgment 2/3/15** |
| **RLegal Asser Recovery, Inc. v. Ecological Paper Recycling, Inc.**<br>**Case No.: 2014-6617-CC-05** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Dismissed 11/24/2014** |
| **Benjamin Jones v. Ecological Paper Recycling, Inc,.**<br>**Case No.: 2014-24867-CA-01** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Pending** |
| **Wheelabrator of South Broward, Inc. and Wheelabrator of North Broward, Inc.v. Ecological Paper Recycling, Inc.**<br>**Case No.: 2014-28562-CA-01** | | **Miami-Dade County Courthouse**<br>**73 West Flagler Street**<br>**Miami, Florida 33130** | **Pending** |
| **Raymat v. Ecological Paper Recycling, Inc. et al**<br>**Case no.: 1:13-cv-21017-KMW** | **Fair Labor Standards Act** | **United States District Court**<br>**Southern District of Florida**<br>**Miami Division**<br>**Wilkie D. Ferguson, Jr. United States Courthouse**<br>**400 North Miami Avenue**<br>**Miami, Florida 33128** | **Dismissed 4/2/2013** |

B7 (Official Form 7) (04/13)                                                                                                      4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **King Ocean Services, Ltd. v. Ecological Paper Recycling, Inc.**<br>**Case No.: 1:13-cv-22045-CMA** | **Contract Marine** | **United States District Court**<br>**Southern District of Florida**<br>**Miami Division**<br>**Wilkie D. Ferguson, Jr. United States Courthouse**<br>**400 North Miami Avenue**<br>**Miami, Florida 33128** | **Settled**<br>**6/27/13** |
| **Pruitt v. Ecological Paper Recycling, Inc.**<br>**Case No.: 1:14-cv-22769-KMW** | **Fair Labor Standards Act** | **United States District Court**<br>**Southern District of Florida**<br>**Miami Division**<br>**Wilkie D. Ferguson, Jr. United States Courthouse**<br>**400 North Miami Avenue**<br>**Miami, Florida 33128** | **Pending** |
| **Atlas SN, Inc. v. Ecological Paper Recycling Inc.**<br>**Case No.: 1:13-cv-09256** | **Breach of Contract** | **United States District Court**<br>**Northern District of Illinois**<br>**Chicago Division**<br>**Everett McKinley Dirksen**<br>**United States Courthouse**<br>**219 South Dearborn Street**<br>**Chicago, IL 60604** | **Judgment**<br>**2/9/15** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          5

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ehrenstein Charbonneau Calderin**<br>**501 Brickell Key Dr**<br>**Suite 300**<br>**Miami, FL 33131** | | **Ehrenstein Charbonneau Calderin received the following amounts from non-debtor funds: $16,500.00 on January 28, 2015 and $2,000.00 on February 2, 2015 from Shred All Services, LLC, a wholly owned subsidiary of the Debtor, and $6,000.00 on February 2, 2015 and $2,717.00 on February 3, 2015 from Environmental Waste Systems, LLC, a wholly owned subsidiary of the Debtor; and $5,000.00 from Michelle Castillo on February 4, 2015.** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                            6

**11.  Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
       financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
       cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Banesco** | **Small Business Checking #2151** | |
| **JPMorgan Chase Bank, N.A.**<br>**PO Box 659754**<br>**San Antonio, TX 78265-9754** | **Business Classic Checking & Savings**<br>**Account # 8889** | |
| **Wells Fargo Bank, N.A.** | **Checking#0805** | **$0.00 1/29/2015** |
| **Wells Fargo Bank, N.A.** | **Savings Acct# 5246** | **$0.00 1/29/15** |

**12.  Safe deposit boxes**

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
       depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None   List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■      occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
       address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                        7

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                                              8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                      ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                      DATES SERVICES RENDERED
**Hernandez & Tacoronte, PA**
**8500 West Flagler Street**
**Miami, FL 33144**

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED
**Hernandez & Tacoronte, PA**   **8500 West Flagler Street**
                              **Miami, FL 33144**

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS
**Hernandez & Tacoronte, PA**                       **8500 West Flagler Street**
                                                  **Miami, FL 33144**

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                      DATE ISSUED
**Chase Bank**

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **2/4/15** | **Jose Flores** | **$77,261.00** |

B7 (Official Form 7) (04/13)                                                                                                      9

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

DATE OF INVENTORY                                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
2/4/15                                              RECORDS
                                                   **Jose Flores**
                                                   **2350 NW 149 Street**
                                                   **Opa Locka, FL 33054**

---

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                    NATURE OF INTEREST                          PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                                       NATURE AND PERCENTAGE
                                                                               OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

NAME                                ADDRESS                                     DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                                       DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

NAME & ADDRESS                                                                  AMOUNT OF MONEY
OF RECIPIENT,                       DATE AND PURPOSE                            OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                                VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                                      10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **March  3, 2015**                                      Signature    **/s/ Jose Flores**

                                                                             **Jose Flores**
                                                                             **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ecological Paper Recycling, Inc.**                                    ,    Case No. _____**15-12159**_____

                                                     Debtor

                                                                Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**March  3, 2015**_____    Signature _**/s/ Jose Flores**_____

                                                                **Jose Flores**
                                                                **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

_**0**__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **Ecological Paper Recycling, Inc.**

Debtor(s)

Case No.    **15-12159**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  3, 2015**

**/s/ Jose Flores**

**Jose Flores**/**CEO**
Signer/Title